1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

6

UNITED STATES OF AMERICA,

7
                              Plaintiff,

8
                    v.

9
ANDREY ANDREEVICH
10
SAMOLOVOV,

11
                              Defendant.

Case No.: 2:26-CR-00013-TOR-1

STIPULATED PROTECTIVE
ORDER REGARDING
COMPUTER FORENSIC
REVIEW PROCEDURES FOR
CHILD PORNOGRAPHY
CONTRABAND

12    The Court has received and reviewed the Stipulation Regarding Computer

13  Forensic Review Procedures For Child Pornography Contraband filed by the

14  parties in the above-captioned matter, and is fully advised.

15    GOOD CAUSE HAVING BEEN SHOWN, the Court hereby ORDERS that

16  the Stipulation Regarding Computer Forensic Review Procedures For Child

17  Pornography Contraband filed by the parties is GRANTED.

18    1.    IT IS FURTHER ORDERED that 18 U.S.C. § 3509(m) applies to this

19  case, and the Court is required to deny defense requests to copy, photograph,

20  duplicate, or otherwise reproduce material constituting child pornography if the

21  government makes the material reasonably available to Defendant and provides an

ORDER REGARDING CHILD PORNOGRAPHY FORENSIC REVIEW - 1

1   ample opportunity for the defense to examine it at a government facility.  *See* 18

2   U.S.C. § 3509(m).

3        2.    IT IS FURTHER ORDERED that, in order to comply with 18 U.S.C.

4   § 3509(m), and to allow Defendant the greatest opportunity to prepare an effective

5   defense in preparation for trial in this matter, the government will make a true

6   forensic, bit-by-bit E01 image of devices and media containing alleged child

7   pornography contraband at issue in the above-referenced case.  The government

8   will make that forensic image reasonably available to Defendant and provide

9   ample opportunity for the defense team to examine it at a government facility in

10  Spokane, Washington.  The parties may readdress the Court if there is a need for

11  additional or after-hours access during the course of litigation in the event trial or

12  motion hearings require additional forensic review.

13       3.    IT IS FURTHER ORDERED that the defense forensic examination

14  will be conducted in an interview room monitored by closed-circuit television

15  ("CC-TV"), without audio feed.  While the TV with non-audio feed will ensure the

16  integrity of HSI space and security of its occupants, the video feed is not of

17  sufficient detail or at an angle that would reveal defense strategy.  The government

18  and its agents expressly agree that no attempt will be made to record any audio

19  from the workstation and that no attempt will be made to observe the defense

20  team's work product or computer monitor screen at any time.  The defense expert

21  may review the feed to ensure that defense strategy is not being compromised at

ORDER REGARDING CHILD PORNOGRAPHY FORENSIC REVIEW - 2

1    any time while conducting the forensic review.

2        4.    IT IS FURTHER ORDERED that the defense team[1] shall not make,

3    nor permit to be made, any copies of the alleged child pornography contraband

4    pursuant to this Protective Order and shall not remove any contraband images from

5    the government facility. The defense expert will be allowed to copy any file that is

6    not contraband and compile a report (without contraband images/videos)

7    documenting the examination on removable media at the discretion of the defense

8    expert.

9        5.    IT IS FURTHER ORDERED that the designated defense expert,

10    Jennifer McCann, will leave at the government facility any equipment, including

11    hard drives, which contain child pornography contraband that is identified during

12    forensic evaluation.  The parties may readdress this matter with the Court upon

13    notice that the defense intends to retain a different defense expert.

14        6.    IT IS FURTHER ORDERED that for the purpose of trial, the

15    government agrees to make available a digital copy of any government trial exhibit

16    that contains contraband, which will be kept in the custody and control of the case

17    agent.  Upon reasonable notice by the defense, the case agent will also maintain for

18    trial digital copies of any proposed defense exhibit that contains contraband.  If the

19

20    [1] For purposes of this Protective Order, the term "defense team" refers solely to
      Defendant's counsel of record ("defense counsel"), Defendant's designated expert
21    ("defense expert"), and a defense investigator.

ORDER REGARDING CHILD PORNOGRAPHY FORENSIC REVIEW - 3

defense team intends to offer, publish, or otherwise utilize any government or

defense exhibit contained on the digital copy maintained by the case agent during

trial, the case agent shall assist the defense team in publishing or utilizing the

exhibit that contains contraband upon notification by the defense team.

IT IS SO ORDERED.  The Clerk shall enter this Order and furnish copies to

counsel.

Dated this 12th day of February 2026.



_____
Thomas O. Rice
United States District Judge

ORDER REGARDING CHILD PORNOGRAPHY FORENSIC REVIEW - 4