1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREY ANDREEVICH
SAMOLOVOV,

Defendant.

Case No.: 2:26-CR-00013-TOR-1

STIPULATED PROTECTIVE
ORDER REGARDING
IDENTIFICATION OF MINOR
VICTIMS PURSUANT TO
18 U.S.C. § 3509

13    The Court has received and reviewed the Stipulation for Protective Order

14  Regarding Identification of Minor Victims Pursuant to 18 U.S.C. § 3509, filed by

15  the parties in the above-captioned matter, and is fully advised.

16    GOOD CAUSE HAVING BEEN SHOWN, the Court hereby ORDERS that

17  the Stipulation for Protective Order Regarding Identification of Minor Victims

18  Pursuant to 18 U.S.C. § 3509 filed by the parties is GRANTED.

19    1.    IT IS FURTHER ORDERED that the privacy protection measures

20  mandated by 18 U.S.C. § 3509(d), which apply when a case involves a person

21  under the age of eighteen years who is alleged to be a victim of a crime of sexual

PROTECTIVE ORDER REGARDING IDENTIFICATION OF MINOR VICTIMS
PURSUANT TO 18 U.S.C. § 3509 - 1

1    exploitation, or a witness to a crime committed against another person, apply to

2    this case.

3        2.    IT IS FURTHER ORDERED that all persons acting in this case in a

4    capacity described in 18 U.S.C. § 3509(d)(1)(B), shall:

5            a.    Keep all documents that disclose the names, identities, or any

6              other information concerning minors in a secure place to which

7              no person who does not have reason to know their contents has

8              access;

9            b.    Disclose such documents or the information in them that

10              concerns minors only to persons who, by reason of their

11              participation in the proceeding, have reason to know such

12              information;

13            c.    Not permit Defendant himself to review discovery outside the

14              presence of defense counsel or a defense investigator;

15            d.    Not permit Defendant to keep discovery in his own possession

16              outside the presence of defense counsel or a defense

17              investigator; and

18            e.    Not permit Defendant to keep, copy, or record the identities of

19              any minor or victim identified in discovery in this case.

20        3.    IT IS FURTHER ORDERED that all papers to be filed in Court that

21    disclose the names or any other information identifying or concerning minors shall

PROTECTIVE ORDER REGARDING IDENTIFICATION OF MINOR VICTIMS
PURSUANT TO 18 U.S.C. § 3509 - 2

1    be filed under seal without necessity of obtaining a Court order, and that the person

2    who makes the filing shall submit to the Clerk of the Court:

3              a.    The complete paper to be kept under seal; and

4              b.    The paper with the portions of it that disclose the names or

5                    other information identifying or concerning children redacted,

6                    to be placed in the public record.

7         4.    IT IS FURTHER ORDERED that the parties and the witnesses shall

8    not disclose minors' identities during any proceedings connected with this case.

9    The parties and witnesses will refer to alleged minor victims only by using agreed-

10   upon initials or pseudonyms (e.g., "Minor Victim 1"), rather than their bona fide

11   names, in motions practice, opening statements, during the presentation of

12   evidence, in closing arguments, and during sentencing.

13        5.    IT IS FURTHER ORDERED that the government may produce

14   discovery to the defense that discloses the identity and images of alleged minor

15   victims in this case, in order to comply with the government's discovery

16   obligations.  Defendant, the defense team, Defendant's attorneys and investigators,

17   and all of their externs, employees, and/or staff members, shall keep this

18   information confidential as set forth above.

19        6.    IT IS FURTHER ORDERED that this ORDER shall apply to any

20   attorneys who subsequently become counsel of record, without the need to renew

21   or alter the ORDER.

PROTECTIVE ORDER REGARDING IDENTIFICATION OF MINOR VICTIMS
PURSUANT TO 18 U.S.C. § 3509 - 3

1    7.    IT IS FURTHER ORDERED that this ORDER shall apply to the

2   personal identifying information and images of any minors who are identified over

3   the course of the case, whether or not such minors are known to the government

4   and/or Defendant at the time the ORDER is entered by the Court.

5    IT IS SO ORDERED.  The Clerk shall enter this Order and furnish copies to

6   counsel.

7    Dated this 12th day of February 2026.

8

9



10    _____

11    Thomas O. Rice
     United States District Judge

12

13

14

15

16

17

18

19

20

21

PROTECTIVE ORDER REGARDING IDENTIFICATION OF MINOR VICTIMS
PURSUANT TO 18 U.S.C. § 3509 - 4